# Exhibit G1

| | | | |
|---|---|---|---|
| JANE DOE CP<br>c/o SBWD LAW<br>300 East Lombard Street, Suite 1100<br>Baltimore, Maryland 21202 | * | IN THE | RS |
| | * | CIRCUIT COURT | |
| *Plaintiff* | * | FOR | |
| vs. | * | PRINCE GEORGE'S COUNTY, | |
| JEHOVAH'S WITNESSES<br>GOVERNING BODY<br>1 Kings Drive<br>Warwick, New York 10987 | * | MARYLAND | |
| | * | | |
| | * | CASE NO. C-16-CV-25-002783 | |
| and | * | | |
| KINGDOM HALL OF JEHOVAH'S<br>WITNESSES<br>420 Rollins Avenue<br>Capitol Heights, Maryland 20743 | * | | |
| | * | | |
| and | * | | |
| | * | | |
| KINGDOM HALLS, INC.<br>4002 Ridgewood Avenue<br>Baltimore, Maryland 21215 | * | | |
| | * | | |
| Serve on:   Bennie L. Bivens<br>            2302 Koko Lane<br>            Baltimore, Maryland 21216 | * | | |
| | * | | |
| and | * | | |
| WATCHTOWER BIBLE AND TRACT<br>SOCIETY OF PENNSYLVANIA<br>625 Red Mills Road<br>Wallkill, New York 12589 | * | | |
| | * | | |
| and | * | | |
| WATCHTOWER BIBLE AND TRACT<br>SOCIETY OF NEW YORK, INC.<br>100 Watchtower Drive<br>Patterson, New York 12563 | * | | |
| | * | | |

| | | |
|---|---|---|
| Serve on: | Watchtower Bible and Tract Society of New York, Inc. ATTN: Legal 100 Watchtower Drive Patterson, New York 12563 | * * * |
| and | | * |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC. 100 Watchtower Drive Patterson, New York 12563 | | * * |
| Serve on: | Watchtower Bible and Tract Society of Florida, Inc. ATTN: Legal 100 Watchtower Drive Patterson, New York 12563 | * * * |
| and | | * |
| CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, INC. 675 Red Mills Road Wallkill, New York 12589 | | * * * |
| Serve on: | Christian Congregation of Jehovah's Witnesses ATTN: Legal 675 Red Mills Road Wallkill, New York | * * * |
| *Defendants* | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

HAVING CONSIDERED Plaintiff Jane Doe CP's Motion to Permit Plaintiff to Proceed Anonymously as Jane Doe CP, it is this the ___18th___ day of ___June___, 2025

ORDERED that Plaintiff's Motion to Permit Plaintiff to Proceed Anonymously as Jane Doe CP be and is hereby GRANTED; and it is further

2

ORDERED that Plaintiff Jane Doe CP be and is hereby PERMITTED to proceed as "Jane Doe CP" in the course of the above-captioned case; and it is further

ORDERED that Defendants be and are hereby BARRED from disclosing such identifying information of Plaintiff Jane Doe CP to their witnesses or others unless such person(s) signs and files a confidentiality order with the Court; and it is further

ORDERED that any Defendant may move to vacate this order no later than 15 days after filing an answer.

06/18/2025 12:31:18 AM

_____
Judge, Circuit Court for Prince George's County
William A. Snoddy

Entered: Clerk, Circuit Court for
Prince George's County, MD
June 18, 2025

3