# Exhibit G2

| | | |
|---|---|---|
| JANE DOE CP | * | IN THE |
| c/o SBWD LAW | | RS |
| 300 East Lombard Street, Suite 1100 | * | |
| Baltimore, Maryland 21202 | | CIRCUIT COURT |
| | * | |
| *Plaintiff* | | FOR |
| | * | |
| vs. | | PRINCE GEORGE'S COUNTY, |
| | * | |
| JEHOVAH'S WITNESSES | | MARYLAND |
| GOVERNING BODY | * | |
| 1 Kings Drive | | |
| Warwick, New York 10987 | * | CASE NO. C-16-CV-25-002783 |
| | | |
| and | * | |
| | | |
| KINGDOM HALL OF JEHOVAH'S | * | |
| WITNESSES | | |
| 420 Rollins Avenue | * | |
| Capitol Heights, Maryland 20743 | | |
| | * | |
| and | | |
| | * | |
| KINGDOM HALLS, INC. | | |
| 4002 Ridgewood Avenue | * | |
| Baltimore, Maryland 21215 | | |
| | * | |
| Serve on:    Bennie L. Bivens | | |
| 2302 Koko Lane | * | |
| Baltimore, Maryland 21216 | | |
| | * | |
| and | | |
| | * | |
| WATCHTOWER BIBLE AND TRACT | | |
| SOCIETY OF PENNSYLVANIA | * | |
| 625 Red Mills Road | | |
| Wallkill, New York 12589 | * | |
| | | |
| and | * | |
| | | |
| WATCHTOWER BIBLE AND TRACT | * | |
| SOCIETY OF NEW YORK, INC. | | |
| 100 Watchtower Drive | * | |
| Patterson, New York 12563 | | |
| | * | |

Serve on: Watchtower Bible and Tract
     Society of New York, Inc. *
     ATTN: Legal
     100 Watchtower Drive *
     Patterson, New York 12563

              *

and

              *

WATCHTOWER BIBLE AND TRACT
SOCIETY OF FLORIDA, INC. *
100 Watchtower Drive
Patterson, New York 12563 *

Serve on: Watchtower Bible and Tract *
     Society of Florida, Inc.
     ATTN: Legal *
     100 Watchtower Drive
     Patterson, New York 12563 *

and            *

CHRISTIAN CONGREGATION OF *
JEHOVAH'S WITNESSES, INC.
675 Red Mills Road *
Wallkill, New York 12589

              *

Serve on: Christian Congregation of
     Jehovah's Witnesses *
     ATTN: Legal
     675 Red Mills Road *
     Wallkill, New York

              *

   *Defendants*

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

  HAVING CONSIDERED Plaintiff Jane Doe CP's Motion to Seal or Otherwise Limit Inspection of Identifying Information, it is this  18th  day of  June , 2025:

  ORDERED that Plaintiff Jane Doe CP's Motion to Seal or Otherwise Limit Inspection of Identifying Information be and is hereby GRANTED; and it is further

ORDERED that all parties to the above-captioned case, as well as any additional parties going forward, file under seal any documents or information containing identifying information of the Plaintiff Jane Doe CP in sealed envelopes, to be opened as directed by the Court, or as confidential under MDEC; and is further

ORDERED that any part of the record that reveals identifying information of the Plaintiff Jane Doe CP, including, but not limited to, name, address, telephone number, date of birth, and/or employer, be and it is hereby SEALED; and it is further

ORDERED, that Defendants be and hereby are BARRED from disclosing such identifying information of the Plaintiff Jane Doe CP to their witnesses or others unless such person(s) signs and files a confidentiality order with the Court.; and it is further

ORDERED that any Defendant may move to vacate this order no later than 15 days after filing an answer.

06/18/2025 12:33:10 AM

_____
Judge, Circuit Court for Prince George's County
William A. Snoddy

Entered: Clerk, Circuit Court for
Prince George's County, MD
June 18, 2025